# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

In re: Worldspace Inc. et. al.

---

MathewKutty Sebastian,

    Appellant,

v.

Robert A. Schmitz, Shearing & Sterling, LLP, Quest Turnaround Advisors LLC,

    Appellees.

C. A. No.15-25-GMS
Bankruptcy Case No. 08-12412 (PJW)
AP No. 14-45

2015 FEB 23 PM 3: 13
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## **RECOMMENDATION**

At Wilmington this **23rd** day of **February, 2015**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on February 23, 2015 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process. The parties agree with this assessment and request to proceed with the appellate process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a)

Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

        Local counsel are obligated to inform out-of-state counsel of this Order.

                                    /s/ Mary Pat Thynge
                                    UNITED STATES MAGISTRATE JUDGE