IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re: WORLDSPACE INC., ET AL

| | |
|---|---|
| MATHEWKUTTY SEBASTIAN, | Civ. No. 15-25-GMS |
| Appellant, | Bankruptcy Case No. 08-12412 (PJW) |
| | AP No. 14-45 |
| v. | |
| ROBERT A. SCHMITZ, SHEARING & STERLING, LLP, QUEST TURNAROUND ADVISORS LLC, | |
| Appellees. | |

**ORDER**

At Wilmington this 5th day of June, 2015, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 6);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 6, 2015.**

2. Appellee's brief in opposition to the appeal is due on or before **August 6, 2015.**

3. Appellant's reply brief is due on or before **August 20, 2015.**

United States District Judge